# KELLER ROHRBACK L.L.P.

LAURIE B. ASHTON [AZ, CO**]
IAN S. BIRK [WA]
KENNETH A. BLOCH [WA**]
KAREN E. BOXX [WA**]
GRETCHEN FREEMAN CAPPIO [MI, WA]
ALISON CHASE [AZ, CA]
FELICIA J. CRAICK [WA]
ROB J. CRICHTON [WA]
ADELE DANIEL [WA]
JULI FARRIS [CA, WA]
RAYMOND J. FARROW [WA]
MIREN FIRST [WA]
WILLIAM L. FLEMING [WA]
ALISON S. GAFFNEY [WA]
GLEN P. GARRISON [WA**]
LAURA R. GERBER [WA]
MATTHEW M. GEREND [WA]

MAX GOINS [OR, WA]
GARY A. GOTTO [AZ, MT]
BENJAMIN GOULD [CA, WA]
CHRISTOPHER GRAVER [AZ]
ZACHARY W. GUSSIN [WA]
IRENE M. HECHT [WA]
GARRETT HEILMAN [IL, WA]
SCOTT C. HENDERSON [WA]
DEAN N. KAWAMOTO [CA, DC, WA]
ERIKA M. KEECH [WA]
RON KILGARD [AZ, DC, NY]
DAVID J. KO [WA]
BENJAMIN J. LANTZ [WA]
ERIC R. LALIBERTE [WA]
CARI CAMPEN LAUFENBERG [WA]
ELIZABETH A. LELAND [WA]
JEFFREY LEWIS [CA]

TANA LIN [DC, WA**]
DEREK W. LOESER [NY, WA]
HOLLY E. LYNCH [WA]
RYAN MCDEVITT [MI, WA]
DANIEL MENSHER [OR, WA]
RACHEL MOROWITZ [CA, DC, WA]
NATHAN L. NANFELT [WA]
GRETCHEN S. OBRIST [WA**]
DAVID S. PREMINGER [NY]
MATTHEW J. PREUSCH [CA, OR]
ERIN M. RILEY [WA, WI]
STEVEN N. ROSS [WA**]
DAVID J. RUSSELL [WA]
MARK D. SAMSON [AZ, DC]
LYNN LINCOLN SARKO [AZ, DC, WA, WI]
CHRISTOPHER L. SPRINGER [CA]
NATIDA SRIBHIBHADH [WA]

THOMAS A. STERKEN [WA]
BETH M. STROSKY [WA]
PAUL A. TONELLA [WA]
HAVILA C. UNREIN [CA, MT, WA**]
GABE E. VERDUGO [WA]
AMY WILLIAMS-DERRY [MA, OR, WA]
MICHAEL WOERNER [WA]
BENSON D. WONG [WA]
EDWIN G. WOODWARD [WA**]
EMMA WRIGHT [WA]

** OF COUNSEL

July 19, 2021

> This request is granted. The IPTC scheduled for July 26, 2021 is adjourned sine die. The parties shall file a stipulation of voluntary dismissal or a status letter by September 2, 2021.
>
> SO ORDERED.
>
> Date: July 20, 2021
> New York, New York
>
> *[signature]*
> JOHN P. CRONAN
> United States District Judge

**VIA ECF**

Honorable John P. Cronan
U.S. District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY  10007-1312

Re:   *Diane Murphy, et al. v. NCL (Bahamas) Ltd., et al.*
      Case No. 1:21-cv-02211

Dear Judge Cronan:

We write on behalf of Plaintiffs Diane and Megan Murphy in the above-referenced action (the "Action") to request an adjournment of the Initial Pretrial Conference ("IPTC") and an extension of the attendant deadline for submitting a joint letter, proposed case management plan, and scheduling order while the parties finalize their agreement resolving the Murphys' claims.

The IPTC was originally set for June 7, 2021. (ECF No. 7). On May 25, 2021, Plaintiffs requested an adjournment of the IPTC because Defendants had not yet appeared and the parties were engaged in good-faith negotiations to resolve Plaintiffs' claims. (ECF No. 8). On May 26, the Court ordered the adjournment of the IPTC to Monday, July 26, 2021, with a commensurate extension of the deadline to submit the attendant filings. (ECF No. 9).

Honorable John P. Cronan
July 19, 2021
Page 2

**KELLER ROHRBACK L.L.P.**

Since then, the parties have reached an agreement to resolve Plaintiffs' claims and anticipate soon filing a dismissal with prejudice. Plaintiffs therefore believe it is in the interest of judicial economy to afford the parties an additional 45 days to finalize that agreement. This is the second requested extension. We informed counsel for Defendants of Plaintiffs' intent to request an extension on Monday, July 19, and Defendants consent to the requested extension.

Thank you for Your Honor's attention and consideration of this matter.

Respectfully submitted,

*s/ David S. Preminger*

David S. Preminger

DSP:lkn

cc: Brett M. Berman, Esq., Senior Director, Passenger & Crew Claims, Norwegian Cruise Line Holdings Ltd., via email at: bberman@ncl.com